**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-2332**

_____

JANICE C. INGLE,

                                     Plaintiff - Appellant,

        versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

                                     Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.   Carl Horn, III,
Magistrate Judge.  (CA-03-7)

_____

Submitted:  April 30, 2004        Decided:  September 24, 2004

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Hugh A. Blackwell, MITCHELL, BLACKWELL & MITCHELL, P.A., Valdese,
North Carolina, for Appellant.   Robert J. Conrad, Jr., United
States Attorney, Paul B. Taylor, Assistant United States Attorney,
Robert J. Triba, Chief Regional Counsel, Christopher A. Michaels,
Assistant Regional Counsel, Boston, Massachusetts, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Janice C. Ingle appeals the magistrate judge's decision[*] upholding the decision of the Commissioner to deny Ingle's application for disability insurance benefits.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Ingle v. Barnhart, No. CA-03-7 (W.D.N.C. filed Aug. 19, 2003; entered Aug. 20, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge.

- 2 -